Lincoln D. Bandlow, Esq. (CA #170449)
Lincoln@BandlowLaw.com
**Law Offices of Lincoln Bandlow, PC**
1801 Century Park East, Suite 2400
Los Angeles, CA  90067
Phone: (310) 556-9680
Fax: (310) 861-5550

Attorney for Plaintiff
Strike 3 Holdings, LLC

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# SAN DIEGO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>              Plaintiff,<br><br>vs.<br><br>JOHN DOE infringer identified as using IP address 70.95.2.212,<br><br>              Defendant. | Case Number:  '20CV1605 BEN WVG<br><br>**NOTICE OF PARTY WITH FINANCIAL INTEREST** |

PLEASE TAKE NOTICE, pursuant to CIVLR 40.2 and Fed. R. Civ. P. 7.1, Plaintiff's parent corporation is General Media Systems, LLC.  There are no publicly traded corporations that currently own 10% or more of Plaintiff's stock.

DATED this 18th day of August, 2020.

**Law Offices of Lincoln Bandlow, PC**

*s/ Lincoln D. Bandlow*
Lincoln D. Bandlow
Attorneys for Plaintiff
Strike 3 Holdings, LLC

1